```
         UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF INDIANA
              INDIANAPOLIS DIVISION
```

```
IN RE:                                    Case No. 06-05972 FJO-13
    JEANETTE L RICHMOND
    4305 NORTH 150 WEST
    KOKOMO IN  46901

                    Debtor(s)
```

**TRUSTEE'S CLAIMS APPLICATION**

Comes now Robert A. Brothers, trustee herein, and moves the Court to enter an order allowing claims in the above Chapter 13 proceeding.

**ALL CREDITORS SHOULD NOTE:** This Claims Application sets out the manner in which the trustee proposes to allow or disallow your claim.  If you disagree with the trustee's proposal, you must file a written objection or response with the United States Bankruptcy Court, 46 East Ohio Street, Room No. 116, Indianapolis, Indiana 46204, within thirty (30) days from the date of the enclosed Court Notice, and a copy of such objection or response must also be served upon the trustee herein.  Failure of any creditor to timely object or respond will result in the Trustee's Claims Application being allowed as filed.  Treatment of your claim will then be deemed final by the trustee. If you consent to the Trustee's Claims Application and his proposed treatment of your claim, you do not need to file a response of any kind with the Court.

**CREDITOR RESPONSES OR OBJECTIONS:** Shall be set for hearing before the United States Bankruptcy Court.  You will receive Notice from the Court at a later date as to the time, date, and place of such hearing. You will be required to appear in Court on the hearing date to support your response or objection.  Failure to appear will result in the Trustee's Claims Application being allowed as filed.

**TAX CREDITORS:** Any filed state or federal tax claim that merely indicates it is an estimated claim, not yet assessed, will be disallowed and not paid

by the trustee; however, the debtor should be aware that such claim(s) may survive discharge in bankruptcy and that the creditor may seek to collect on such claim after the debtor's discharge has otherwise been received.

---

| NAME AND ADDRESS OF CREDITOR | TRUSTEE'S PROPOSED ALLOWANCE OF CLAIM |
|---|---|
| GE CONSUMER FINANCE<br>PO BOX 960061<br>ORLANDO FL           32896-0061 | AMOUNT:       808.65<br>STATUS: UNSECURED<br>ACCT# : 6019TDM210569932<br>COMMENT: |
| HOWARD COUNTY TREASURER<br>226 N MAIN STREET<br>KOKOMO IN             46901-4624 | AMOUNT:          .00<br>STATUS: SECURED<br>ACCT# : 340311300016.000017<br>COMMENT: RELIEF FROM STAY |
| SOLIDARITY F C U<br>PO BOX 2499<br>KOKOMO IN             46904-2499 | AMOUNT:     3,652.92<br>STATUS: UNSECURED<br>ACCT# : 1331801-581<br>COMMENT: |
| FIRST HORIZON HOME LOANS CORP<br>4000 HORIZON WAY<br>IRVING TX               75063 | AMOUNT:          .00<br>STATUS: SECURED<br>ACCT# : 0014672668<br>COMMENT: RELIEF FROM STAY |
| eCAST SETTLEMENT CORP<br>BASS & ASSOCIATES<br>3936 E FT LOWELL ROAD #200<br>TUCSON AZ               85712 | AMOUNT:     1,021.77<br>STATUS: UNSECURED<br>ACCT# : 6371<br>COMMENT: HOUSEHOLD/BON TON |
| CITIFINANCIAL<br>3742 S REED RD<br>KOKOMO IN             46902-3829 | AMOUNT:          .00<br>STATUS: UNSECURED<br>ACCT# : 0790<br>COMMENT: DUPLICATE CLAIM |
| eCAST SETTLEMENT CORPORATION<br>PO BOX 7247-6971<br>PHILADELPHIA PA        19170-6971 | AMOUNT:     1,742.02<br>STATUS: UNSECURED<br>ACCT# : 5673<br>COMMENT: MENARDS |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC       29603-0587 | AMOUNT:     4,978.20<br>STATUS: UNSECURED<br>ACCT# : 4243<br>COMMENT: CITIBANK |

```
CASE NUMBER 06-05972 FJO-13            DEBTOR NAME - RICHMOND


eCAST SETTLEMENT CORPORATION           AMOUNT:     1,096.88
PO BOX 7247-6971                       STATUS: UNSECURED
                                       ACCT#  : 9601
PHILADELPHIA PA         19170-6971     COMMENT: HOUSEHOLD/BEST BUY
-----------------------------------------------------------------
eCAST SETTLEMENT CORPORATION           AMOUNT:     4,441.66
P O BOX 35480                          STATUS: UNSECURED
                                       ACCT#  : 3508
NEWARK NJ               07193-5480     COMMENT: CHASE
-----------------------------------------------------------------
AFNI/VERIZON NORTH                     AMOUNT:       984.21
404 BROCK DRIVE                        STATUS: UNSECURED
                                       ACCT#  : 060154054700000
BLOOMINGTON IL          61701          COMMENT:
-----------------------------------------------------------------
CITIFINANCIAL                          AMOUNT:     5,725.30
PO BOX 70923                           STATUS: UNSECURED
                                       ACCT#  : 2009080382135
CHARLOTTE NC            28272-0923     COMMENT:
-----------------------------------------------------------------
MARK A DABROWSKI                       AMOUNT:     1,534.17
123 W SYCAMORE ST                      STATUS: UNSECURED
                                       ACCT#  : 06-0032
KOKOMO IN               46901          COMMENT:
-----------------------------------------------------------------
```

   WHEREFORE, your applicant prays that the Court,  after  allowing creditors

an opportunity to respond or object  to  the  Trustee's  Claims  Application

herein, issue an order allowing claims in a manner consistent with the terms

set out herein, and for such other relief deemed proper in the premises.

                              Respectfully submitted,


                              /s/ Robert A. Brothers
DATED: February 28, 2007      Robert A. Brothers, Trustee
                              151 N. Delaware St., Ste. 1400
                              Indianapolis, IN  46204
                              (317) 636-1062

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF INDIANA
                 INDIANAPOLIS DIVISION
```

IN RE:                                    Case No. 06-05972 FJO-13
 JEANETTE L RICHMOND
 4305 NORTH 150 WEST
 KOKOMO IN  46901

                    Debtor(s)

**NOTICE OF TRUSTEE'S CLAIMS APPLICATION**

   NOTICE IS HEREBY GIVEN that the trustee, Robert A. Brothers, has filed his Trustee's Claims Application, a copy of which is attached hereto.

   NOTICE IS FURTHER GIVEN that any objections to the relief requested must be filed with the Clerk's Office, 46 East Ohio Street, Room 116, Indianapolis, IN  46204, within thirty (30) days from the date of this notice.  If no objections are filed, the Court may enter an appropriate order without conducting an actual hearing.  If a written objection is timely filed, the matter may be set for hearing upon further notice as the Court's calendar permits.


DATED: February 28, 2007

                              /s/ Robert A. Brothers, Trustee
                              Robert A. Brothers, Trustee
                              151 N. Delaware St., Ste. 1400
                              Indianapolis, IN  46204
                              (317) 636-1062
                              (317) 636-1186 fax

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing Trustee's Claims Application has been duly served upon the attached list of individuals, electronically or by United States mail, first-class postage pre-paid, on this day of February 28, 2007 .

          /s/ Robert A. Brothers, Trustee
Robert A. Brothers, Trustee
151 N. Delaware St., Ste. 1400
Indianapolis, IN  46204
(317) 636-1062
(317) 636-1186 fax

```
06-05972 FJO-13                  06-05972 FJO-13                       06-05972 FJO-13
HOWARD COUNTY TREASURER          FIRST HORIZON HOME LOANS CORP         CITIFINANCIAL
226 N MAIN STREET                4000 HORIZON WAY                      3742 S REED RD
KOKOMO IN 46901-4624             IRVING TX 75063                       KOKOMO IN 46902-3829


06-05972 FJO-13                  06-05972 FJO-13                       06-05972 FJO-13
J RICHMOND                       UAW LEGAL SERVICES PLAN               BRADLEY A REISENFELD
4305 NORTH 150 WEST              217 SOUTHWAY BLVD E STE 201           2035 READING RD
KOKOMO IN  46901                 KOKOMO IN  46902                      CINCINNATI OH  45202
```