UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JEANETTE L RICHMOND | ) CASE NO. 06-05972-FJO-13 |
| | ) |
| | ) |
| DEBTOR. | ) |

**TRUSTEE'S APPLICATION FOR AUTHORITY
TO TURN OVER UNCLAIMED CHECK
TO THE CLERK OF THE BANKRUPTCY COURT**

Comes now Robert A. Brothers, trustee herein, and advises the Court as follows:

1. The whereabouts of creditor, AFNI/Sprint Midwest is unknown to your trustee, or said creditor is unwilling or unable to apply the dividend check to the above-mentioned debtor.

2. That your trustee desires to turn over a $18.61 dividend check now available for distribution to said creditor as well as future dividend checks, to be held by the Clerk of the Bankruptcy Court for the benefit of said creditor as prescribed by law.

WHEREFORE, your applicant prays that the Court issue an Order directing him to turn over the available dividend check and all future checks for said creditor to the Clerk of the Bankruptcy Court.

Respectfully submitted,

Date: April 10, 2008           /s/ Robert A. Brothers

Robert A. Brothers, Trustee
151 N. Delaware St., Ste. 1400
Indianapolis, IN 46204
(317) 636-1062
(317) 636-1186 fax

LAST KNOWN CREDITOR ADDRESS:
AFNI/SPRINT MIDWEST
PO BOX 3097
BLOOMINGTON IL   61702