UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00350 (rev 05/2009)

In re:

**Jeanette L Richmond**,  Case No. **06−05972−FJO−13**
     Debtor(s).

## FINAL DECREE

The estate of the above−named debtor has been fully administered.

**IT IS ORDERED** that Robert A Brothers is discharged as trustee of the estate.

Dated: June 15, 2012     JUDGE FRANK J. OTTE
                         U.S. BANKRUPTCY COURT